**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-6244**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AUGUSTINE PEREZ,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. James C. Turk, Senior District Judge. (CR-90-112-L)

―――――――――

Submitted: May 29, 2003　　　　　Decided: June 4, 2003

―――――――――

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Augustine Perez, Appellant Pro Se. John Leslie Brownlee, United States Attorney, Roanoke, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Augustine Perez appeals the district court's order dismissing his pleadings which attempted to challenge his convictions through a petition for writ of audita querela and under former Fed. R. Crim. P 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Perez</u>, No. CR-90-112-L (W.D. Va. May 16, 2001; Dec. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2